UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LISA L. MADISON | CIVIL ACTION NO. 17-0293 |
| VERSUS | JUDGE ROBERT G. JAMES |
| U S COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 20], no objections thereto having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision be REVERSED and REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent herewith.

MONROE, LOUISIANA, this 7th day of February, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE